CONDON & FORSYTH, LLP
7 Times Square
New York, New York 10036
(212) 894-6778

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PETERS & MAY GMBH

                      Plaintiff,

      08 Civ. 02200 (JSR-MHD)

- against -

      **RULE 7.1 DISCLOSURE**

SOCIETE NATIONALE D'ENTREPRISE,
MR. KHOURY JOSEPH, AND
MR. SIMON ABI SALEH, D/B/A
AND/OR ABSAL

                      Defendants.
----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that Peters & May GmbH is a private (non governmental) entity, which is not owned by a publicly held corporation, and that its parent corporations are Luikenga Holding and Heiko Luikenga.

Dated: New York, New York
       March 5, 2008

                                          CONDON & FORSYTH LLP

                                          By: _____
                                              Lili F. Beneda (LB 1879)
                                              7 Times Square, 18th Floor
                                              New York, New York 10036
                                              Telephone: (212) 894-6778
                                              Facsimile: (212) 597-6721