UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETERS & MAY GMBH

                     Plaintiff,

    - against -

SOCIETE NATIONALE D'ENTREPRISE,
MR. KHOURY JOSEPH, AND
MR. SIMON ABI SALEH, D/B/A
AND/OR ABSAL

                     Defendants.
-------------------------------------------------------------X

08 CV 02200

**ORDER APPOINTING SPECIAL PROCESS SERVER TO SERVE *EX PARTE* ORDERS OF PROCESS OF MARITIME ATTACHMENT**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, good cause having been shown, it is hereby

ORDERED, that Lili F. Beneda, or a partner, associate, agent or paralegal of Condon & Forsyth, LLP and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon and garnishee(s) who may hold tangible or intangible property belonging to or claimed by or being held for defendants, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
       March 5, 2008

                                                [signature]
                                                U.S.D.J

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 03-06-08

JUDGE RAKOFF

MICROFILMED MAR - 6 2008 -3 00 PM