UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PETERS & MAY GMBH

                Plaintiff,

   - against -

SOCIETE NATIONALE D'ENTREPRISE,
MR. KHOURY JOSEPH, AND
MR. SIMON ABI SALEH, D/B/A
AND/OR ABSAL

                Defendants.

-------------------------------------------------------------x

08-CV-02200 (JSR) (MHD)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

Jason Waguespack is a member in good standing of the Supreme Court of Louisiana.  There are

no pending disciplinary proceedings against Jason Waguespack in any State or Federal Court.

Dated: March 19, 2008
       New York, New York

                              Respectfully submitted,

                              CONDON & FORSYTH LLP

                              By: _____
                                  Lili F. Beneda (LB 1879)
                                  7 Times Square, 18th Floor
                                  New York, New York 10036
                                  Telephone: (212) 894 -6778
                                  Facsimile:   (212) 597-6721

                                  Attorneys for Plaintiff
                                  Peters & May GmbH


cc:  (Via Mail, E-mail & Facsimile)

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Attorneys for Plaintiff, Peters & May GmbH
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com & mnicaud@gjtbs.com

Societe Nationale D'Entreprises
Joseph G. Khoury
International Private Company
P.O. Box 11-8251
Beirut, Lebanon
Tel:  961-01-901100
Fax:  961-01-9022020

ABSAL
Mr. Simon Abi Saleh
Mdawar-Rue Al-Kouz
P.O. Box 175424
Beirut, Lebanon
Tel:  1-443536-446675
Fax:  1-445692-443876
Email: absaltr@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PETERS & MAY GMBH                :
                       Plaintiff,     :
                                  :
                                  :       08-CV-02200 (JSR) (MHD)
        - against -               :
                                  :     **MOTION TO ADMIT COUNSEL**
SOCIETE NATIONALE D'ENTREPRISE,    :    **PRO HAC VICE**
MR. KHOURY JOSEPH, AND           :
MR. SIMON ABI SALEH, D/B/A        :
AND/OR ABSAL                    :
                                  :
                    Defendants.
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:    Michael J. Nicaud
        Firm Name:         Galloway, Johnson, Tompkins, Burr & Smith
        Address:           One Shell Square, 701 Poydras Street, 40th Floor
        City/State/Zip:      New Orleans, Louisiana 70139
        Phone Number:     (504) 525-6802
        Fax Number:       (504) 525-2456

Michael J. Nicaud is a member in good standing of the Supreme Court of Louisiana.  There are

no pending disciplinary proceedings against Michael J. Nicaud in any State or Federal Court.

Dated: March 19, 2008
       New York, New York


                                        Respectfully submitted,

                                        CONDON & FORSYTH LLP


                                        By: _____
                                            Lili F. Beneda (LB 1879)
                                            7 Times Square, 18th Floor
                                            New York, New York 10036
                                            Telephone: (212) 894 -6778
                                            Facsimile:   (212) 597-6721


                                        Attorneys for Plaintiff
                                        Peters & May GmbH



cc:  (Via Mail, E-mail & Facsimile)

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Attorneys for Plaintiff, Peters & May GmbH
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com & mnicaud@gjtbs.com

Societe Nationale D'Entreprises
Joseph G. Khoury
International Private Company
P.O. Box 11-8251
Beirut, Lebanon
Tel:  961-01-901100
Fax:  961-01-9022020



                                        2

ABSAL
Mr. Simon Abi Saleh
Mdawar-Rue Al-Kouz
P.O. Box 175424
Beirut, Lebanon
Tel: 1-443536-446675
Fax: 1-445692-443876
Email: absaltr@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PETERS & MAY GMBH                               :
                                   Plaintiff,   :
                                                :
                                                :
                                                :          08-CV-02200 (JSR) (MHD)
          - against -                           :
                                                :     **AFFIDAVIT OF LILI F. BENEDA**
SOCIETE NATIONALE D'ENTREPRISE,                 :     **IN SUPPORT OF MOTION TO**
MR. KHOURY JOSEPH, AND                          :     **ADMIT COUNSEL PRO HAC VICE**
MR. SIMON ABI SALEH, D/B/A                      :
AND/OR ABSAL                                    :
                                                :
                                   Defendants.  :
------------------------------------------------------------x

State of New York          §
                           §
County of New York         §

     LILI F. BENEDA, being duly sworn, deposes and says as follows:

1.     I am an associate with Condon & Forsyth LLP, counsel for Plaintiff Peters & May GmbH ("Peters & May") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff Peters & May's motion to admit Michael J. Nicaud as counsel *pro hac vice* to represent Plaintiff BBC in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2005. I am also admitted to the bar of the United States District of New York, and am in good standing with this Court.

3.     I have known Michael J. Nicaud since approximately 2001.

4.     Mr. Nicaud is an associate at Galloway, Johnson, Tompkins, Burr & Smith.

5.     I have found Mr. Nicaud to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.     Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme Court which has been issued within thirty days of this motion, and which states that Michael J. Nicaud is a member in good standing of the Louisiana State Bar.

7.      Accordingly, I am pleased to move the admission of Michael J. Nicaud, *pro hac vice*.

8.      I respectfully submit a proposed order granting the admission of Michael J. Nicaud, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael J. Nicaud, *proc hac vice*, to represent Peters & May in the above captioned matter, be granted.

_____
Lili F. Beneda

Subscribed and sworn to before me
this 19th day of March, 2008.

_____
Notary Public

BEATRIZ ROMERO
Notary Public, State of New York
No. 01RO6176808
Qualified in Orange County
Commission Expires November 5, 20 _11_

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### MICHAEL J. NICAUD, JR., ESQ., #29365

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 14th Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PETERS & MAY GMBH                               :
                                Plaintiff,      :
                                                :
                                                :
                                                :     08-CV-02200 (JSR) (MHD)
        - against -                             :
                                                :     **ORDER FOR ADMISSION PRO**
SOCIETE NATIONALE D'ENTREPRISE,                 :     **HAC VICE ON WRITTEN**
MR. KHOURY JOSEPH, AND                          :     **MOTION**
MR. SIMON ABI SALEH, D/B/A                      :
AND/OR ABSAL                                    :
                                                :
                                Defendants.     :
------------------------------------------------------------x


        Upon the motion of LILI F. BENEDA, attorney for Plaintiff Peter's & May GmbH

("Peters & May"), and said sponsor attorney's affidavit in support:

        **IT IS HEREBY ORDERED** that

        Applicant's Name:     Michael J. Nicaud
        Firm Name:            Galloway, Johnson, Tompkins, Burr & Smith
        Address:              One Shell Square, 701 Poydras Street, 40th Floor
        City/State/Zip:       New Orleans, Louisiana 70139
        Phone Number:         (504) 525-6802
        Fax Number:           (504) 525-2456

is admitted to practice *pro hac vice* as counsel for Plaintiff Peters & May in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel has

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   March _____, 2008
          New York, New York

_____
Hon. Jed S. Rakoff
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETERS & MAY GMBH
                      Plaintiff,

      - against -

SOCIETE NATIONALE D'ENTREPRISE,
MR. KHOURY JOSEPH, AND
MR. SIMON ABI SALEH, D/B/A
AND/OR ABSAL

                     Defendants.
------------------------------------------------------------x

08-CV-02200 (JSR) (MHD)

**AFFIDAVIT OF LILI F. BENEDA
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

| | |
|---|---|
| State of New York | § |
| | § |
| County of New York | § |

LILI F. BENEDA, being duly sworn, deposes and says as follows:

1. I am an associate with Condon & Forsyth LLP, counsel for Plaintiff Peters & May GmbH ("Peters & May") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff Peters & May's motion to admit Jason Waguespack as counsel *pro hac vice* to represent Plaintiff Peters & May in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 2005. I am also admitted to the bar of the United States District of New York, and am in good standing with this Court.

3. Mr. Waguespack is a partner at Galloway, Johnson, Tompkins, Burr & Smith.

4. I have found Mr. Waguespack to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5. Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme Court which has been issued within thirty days of this motion, and which states that Jason Waguespack is a member in good standing of the Louisiana State Bar.

6. Accordingly, I am pleased to move the admission of Jason Waguespack, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Jason Waguespack, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jason Waguespack, proc hac vice, to represent Peters & May in the above captioned matter, be granted.

Lili F. Beneda

Subscribed and sworn to before me
this 19th day of March, 2008.

Notary Public

BEATRIZ ROMERO
Notary Public, State of New York
No. 01RO6176808
Qualified in Orange County
Commission Expires November 5, 20 11

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### JASON PAUL WAGUESPACK, ESQ., #21123

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 11th Day of October, 1991 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the  seal of this Court,

at the City of New Orleans, this the 14th

Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PETERS & MAY GMBH        :
                                    Plaintiff,        :
                                                                :
                                                                :        08-CV-02200 (JSR) (MHD)
        - against -                                        :
                                                                :        **ORDER FOR ADMISSION PRO**
SOCIETE NATIONALE D'ENTREPRISE,        :        **HAC VICE ON WRITTEN**
MR. KHOURY JOSEPH, AND        :        **MOTION**
MR. SIMON ABI SALEH, D/B/A        :
AND/OR ABSAL                                    :
                                                                :
                                    Defendants.        :
-----------------------------------------------------------x

        Upon the motion of LILI F. BENEDA, attorney for Plaintiff Peters & May GmbH

("Peters & May"), and said sponsor attorney's affidavit in support:


**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |


is admitted to practice *pro hac vice* as counsel for Plaintiff Peter & May in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel has

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   March ____, 2008
             New York, New York

                                                _____
                                                Hon. Jed S. Rakoff
                                                United States District Judge

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK                )
                                 ) ss.:
COUNTY OF NEW YORK               )


    Robin L. Todd, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Yonkers, New York, and that on the 19th day of March 2008, deponent served the within **MOTION FOR ADMISSION** *PRO HAC VICE* **FOR JASON WAGUESPACK, MOTION FOR ADMISSION** *PRO HAC VICE* **FOR MICHAEL J. NICAUD, AFFIDAVIT FROM LILI F. BENEDA IN SUPPORT OF THE MOTION FOR ADMISSION** *PRO HAC VICE* **FOR JASON WAGUESPACK WITH SUPPORTING CERTIFICATE OF GOOD STANDING FROM THE LOUISIANA SUPREME COURT, AFFIDAVIT FROM LILI F. BENEDA IN SUPPORT OF THE MOTION FOR ADMISSION** *PRO HAC VICE* **FOR MICHAEL J. NICAUD WITH SUPPORTING CERTIFICATE OF GOOD STANDING FROM THE LOUISIANA SUPREME COURT, PROPOSED ORDERS FOR ADMISSION** *PRO HAC VICE* **FOR JASON WAGUESPACK AND MICHAEL J. NICAUD** upon:

        Jason Waguespack, Esq.
        Michael J. Nicaud, Esq.
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square, 701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
        Attorneys for Plaintiff, Peters & May GmbH
        Tel:  504-525-6802
        Fax:  504-525-2456
        E-mail:  jwaguespack@gjtbs.com & mnicaud@gjtbs.com

        Societe Nationale D'Entreprises
        Joseph G. Khoury
        International Private Company
        P.O. Box 11-8251
        Beirut, Lebanon
        Tel:  961-01-901100
        Fax:  961-01-9022020

ABSAL
Mr. Simon Abi Saleh
Mdawar-Rue Al-Kouz
P.O. Box 175424
Beirut, Lebanon
Tel: 1-443536-446675
Fax: 1-445692-443876
Email: absaltr@hotmail.com

by mailing a copy of the papers to the attorneys by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

*Robin L. Todd*

Robin L. Todd

Sworn to before me this
_19_ day of March 2008

Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/_2010_