UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PETERS & MAY GMBH
                                Plaintiff,

         - against -

SOCIETE NATIONALE D'ENTREPRISE,
MR. KHOURY JOSEPH, AND
MR. SIMON ABI SALEH, D/B/A
AND/OR ABSAL

                                Defendants.
------------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-25-08]

08-CV-02200 (JSR) (MHD)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of LILI F. BENEDA, attorney for Plaintiff Peters & May GmbH ("Peters & May"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Peter & May in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated: March 21, 2008
         New York, New York

                                                        Hon. Jed S. Rakoff
                                                        United States District Judge