UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

PETERS & MAY GMBH
                                    Plaintiff,           :
                                                         :
                                                         :
                                                         :          08-CV-02200 (JSR) (MHD)
          - against -                                    :
                                                         :    **ORDER FOR ADMISSION PRO**
SOCIETE NATIONALE D'ENTREPRISE,                          :    **HAC VICE ON WRITTEN**
MR. KHOURY JOSEPH, AND                                   :    **MOTION**
MR. SIMON ABI SALEH, D/B/A                               :
AND/OR ABSAL                                             :
                                                         :
                                    Defendants.

------------------------------------------------------------ x

Upon the motion of LILI F. BENEDA, attorney for Plaintiff Peter's & May GmbH

("Peters & May"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Applicant's Name:    Michael J. Nicaud
Firm Name:           Galloway, Johnson, Tompkins, Burr & Smith
Address:             One Shell Square, 701 Poydras Street, 40th Floor
City/State/Zip:      New Orleans, Louisiana 70139
Phone Number:        (504) 525-6802
Fax Number:          (504) 525-2456

is admitted to practice *pro hac vice* as counsel for Plaintiff Peters & May in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3-25-08_

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   March 21, 2008
         New York, New York

Hon. Jed S. Rakoff
United States District Judge